UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KATHARINE S. SCHOTT,

    Plaintiff,

v.                                          Case No. 13-C-119

CAROLYN W. COLVIN,
Acting Commissioner for Social Security Administration,

    Defendant.[1]

## ORDER OF REMAND PURSUANT TO SENTENCE FOUR
## OF SECTION 205 OF THE SOCIAL SECURITY ACT

This case is before the Court pursuant to a Joint Motion for Remand to the Acting Commissioner for Further Action filed on June 3, 2013, based on an agreement by the parties that the case should be remanded to the Commissioner for further proceedings.

**THEREFORE, IT IS HEREBY ORDERED** that this matter is remanded to the Acting Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

Upon remand the ALJ will obtain the services of a medical expert to further evaluate the nature and severity of Plaintiff's mental impairment; will further evaluate Plaintiff's

---

[1] On February 14, 2013, Carolyn Colvin became Acting Commissioner of Social Security. Pursuant to the Social Security Act and the Federal Rules of Civil Procedure, Carolyn Colvin is automatically substituted as Defendant-Appellee in this suit, which services notwithstanding the change. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)

residual functional capacity, specifically considering all of Plaintiff's medically determinable impairments, limitations and the medical opinions of record; if warranted, obtain vocational expert evidence; and issue a new decision.

**NOW, THEREFORE, IT IS ORDERED,** that the Joint Motion for Remand be granted.

**IT IS ALSO ORDERED** that the Clerk of the United States District Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 4th day of June, 2013.

BY THE COURT:

s/ Lynn Adelman

HONORABLE LYNN ADELMAN
United States District Judge